No. 66139.—J. C. De Jong & Co., Inc., et al. v. United States, protests 59/11296, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass pole rings similar in all material respects to those the subject of *Kroder Reubel Co., Inc., et al.* v. *United States* (44 Cust. Ct. 274, C.D. 2186), the claim of the plaintiffs was sustained.

No. 66140.—Gellman Brothers v. United States, protests 60/16878 and 60/16880 (Minneapolis).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of miniature knives similar in all material respects to those the subject of *M. Pressner & Co.* v. *United States* (44 Cust. Ct. 10, C.D. 2145), the claim of the plaintiff was sustained.

No. 66141.—D. J. Ambrosio v. United States, protest 60/29287 (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.